FILED

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

JUL 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF KELLY A. LYNCH FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

ORDER

Kelly A. Lynch has petitioned the Court for reinstatement to active status in the State Bar of Montana. Lynch was placed on inactive status on July 12, 2021, for failing to comply with the Rules for Continuing Legal Education for the reporting year ending March 31, 2021. Attached to the Petition is a letter from the State Bar stating that Lynch has now completed all CLE requirements for that reporting year. The Petition states that Lynch is not currently subject to disciplinary proceedings and has not committed any acts or omissions sanctionable under the Rules of Professional Conduct while on inactive status. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Kelly A. Lynch for reinstatement to active status in the State Bar of Montana is GRANTED. Upon payment of any remaining dues, fees, and the state license tax to the State Bar of Montana, Lynch shall be reinstated.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 27 day of July, 2021.

_____
Chief Justice

_____

_____

_____

Justices